William E. Bonham, SB# 55478
Attorney at law
Hotel de' France Bldg., Old Sacramento
916 Second Street, 2nd Flr., Ste. A
Sacramento, California 95814
Telephone: (916) 557-1113

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. **S-06-0441-GEB** |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| v. ) | TO EXTEND TIME TO POST |
| ) | PROPERTY BOND |
| ) | |
| VALERIE WHITE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    The defendant, through his undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that the due date to secure the unsecured property bond in the amount of $400,000.00 be extended to August 22, 2008.

    The Title Report has been completed by Chicago Title on the property to be posted in San Francisco showing that the property title is vested in "Eunice Mitchell, Trustee under that certain Declaration of Trust, dated May, 1998".  Eunice Mitchell, the defendant's grandmother, now deceased, appointed in the trust, defendant's mother, Madie White and her aunt, Betty Mitchell as co-trustees in substitute of her.  The Deed of Trust is prepared to show the appointed co-Trustees as the Trustors for the Deed of Trust with a copy of the Declaration of Trust, dated May 18, 1998, attached marked Exhibit B, to be recorded with the Deed of Trust.  The Appearance Bond is prepared to be signed by the

1  appointed trusties as well as the beneficiaries of the Trust.
2  More time is needed to secure the signatures of all the sureties
3  to the Bond.
4      Accordingly, the defendant and the United States agree and
5  stipulate to extend the due date for securing and posting the
6  bond to **August 22, 2008.**  AUSA Jill Thomas has given defense
7  counsel authorization to sign and submit this stipulation on her
8  behalf.  The undersigned defense attorney contacted the assigned
9  Pretrial Services Officer Gina Lee Faubion who stated that she
10 has no objection to the extension and that the defendant is in
11 full compliance to the terms and conditions for release.
12 Dated: July 29, 2008

                                        McGREGOR W. SCOTT
                                        United States Attorney

                                            /s/ Jill Thomas
                                    By:_____
                                        JILL THOMAS
                                        Assistant U.S. Attorney

17 Dated: July 29, 2008

                                        VALERIE WHITE
                                        Defendant


                                    By:/s/William E. Bonham
                                        WILLIAM BONHAM
                                        Counsel for Defendant


23                          **ORDER**

24     **IT IS SO ORDERED**

25 Dated: 07/30/08                        /s/ Gregory G. Hollows
                                        _____
26                                      GREGORY G. HOLLOWS
                                        U.S. MAGISTRATE JUDGE
27
   white441.ord
28