```
1  John R. Manning
   Attorney at Law
2  Ca. St. Bar No. 220874
   1111 H Street, Suite 204
3  Sacramento, CA  95814
   Telephone:  (916) 444-3994
4
   Attorney for Defendant
5  RICARDO VENEGAS
6
7              IN THE UNITED STATES DISTRICT COURT
8            FOR THE EASTERN DISTRICT OF CALIFORNIA
9
10 UNITED STATES OF AMERICA,   )   CR NO. S-06-0441 GEB
                               )
11          Plaintiff,         )   STIPULATION AND
                               )   [PROPOSED] ORDER CONTINUING
12      v.                     )   STATUS CONFERENCE
                               )
13 EFRAIN MEDINA, et al,       )
                               )   Date:  9/26/08
14          Defendants.        )   Time:  9:00 a.m.
                               )   Judge: Hon. Garland E.
15 _____)          Burrell, Jr.
```

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Jill M. Thomas, Assistant United States Attorney, together with counsel for defendant Ricardo Venegas, John R. Manning Esq., counsel for defendant Wendell Stewart, Daniel M. Davis, Esq., counsel for defendant Valerie White, William E. Bonham, Esq., counsel for defendant Pablo Farias-Segura, Jessie J. Garcia, Esq., counsel for defendant Arturo Farias-Segura, Diana L. Weiss, Esq., and counsel for defendant Isauro Jauregui Catalan, J Toney, Esq., that the status conference presently set for September 26, 2008 be **continued to November 14, 2008, at 9:00 a.m.,** thus **vacating** the presently set status conference.

1

1     Counsel for the parties agree that this is an appropriate
2 exclusion of time within the meaning of Title 18, United States
3 Code § 3161(h)(8)(B)(iv) (continuity of counsel/ reasonable time
4 for effective preparation, specifically the requested continuance
5 is based upon more time needed to review discovery) and Local
6 Code T4, and agree to exclude time from the date of the filing of
7 the order until the date of the status conference, November 14,
8 2008.
9 IT IS SO STIPULATED.

10 Dated: September 24, 2008     /s/ John R. Manning
    JOHN R. MANNING
11     Attorney for Defendant
    Ricardo Venegas
12
Dated: September 24, 2008     /s/ Daniel M. Davis
13     DANIEL M. DAVIS
    Attorney for Defendant
14     Wendell Stewart

15 Dated: September 24, 2008     /s/ William E. Bonham
    WILLIAM E. BONHAM
16     Attorney for Defendant
    Valerie White
17
Dated: September 24, 2008     /s/ Jesse J. Garcia
18     JESSE J. GARCIA
    Attorney for Defendant
19     Pablo Farias-Segura

20 Dated: September 24, 2008     /s/ Diana L. Weiss
    DIANA L. WEISS
21     Attorney for Defendant
    Arturo Farias-Segura
22
Dated: September 24, 2008     /s/ J Toney
23     J TONEY
    Attorney for Defendant
24     Isauro Jauregui Catalan

25 Dated: September 24, 2008     McGREGOR W. SCOTT
    United States Attorney
26

27     by: /s/Jill M. Thomas
    JILL M. THOMAS
28     Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>EFRAIN MEDINA, et al.,<br><br>    Defendants. | Case No. CR.S-06-0441-GEB<br><br>[PROPOSED] ORDER TO<br>CONTINUE STATUS CONFERENCE |

GOOD CAUSE APPEARING, it is hereby ordered that the September 26, 2008 status conference be continued to November 14, 2008 at 9:00 a.m. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 from the date of this order to November 14, 2008.

IT IS SO ORDERED.

Dated: September 25, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge