JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RICARDO VENEGAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-06-0441 GEB |
| Plaintiff, | ) |
| | ) [PROPOSED] ORDER TO |
| v. | )  CONTINUE STATUS CONFERNCE |
| WENDALL STEWART, et al., | ) |
| Defendants. | ) |

GOOD CAUSE APPEARING, it is hereby ordered that the November 5, 2010 status conference be continued to December 3, 2010 at 9:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFOR IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4 from the date of this order to December 3, 2010.

IT IS SO ORDERED.**Date:  <u>11/2/2010</u>**

*[signature]*

GARLAND E. BURRELL, JR.
United States District Judge

3