JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RICARDO VENEGAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WENDALL STEWART, et al,<br><br>　　　　Defendants. | No. CR-S-06-0441 GEB<br><br>STIPULATION AND<br>[PROPOSED ORDER] CONTINUING<br>STATUS CONFERENCE<br><br>Judge: Honorable Garland E. Burrell, Jr. |

　　　　IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Jill M. Thomas, Assistant United States Attorney, together with counsel for defendant Ricardo Venegas, John R. Manning, Esq., counsel for defendant Wendell Stewart, Candace A. Fry, Esq., counsel for defendant Valerie White, William E. Bonham, Esq., and counsel for defendant Isauro Jauregui Catalan, Edward C. Bell, Esq., that the status conference presently set for December 3, 2010 be **continued to February 4, 2011, at 9:00 a.m.,** thus **vacating** the presently set status conference.

　　　　Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code§ 3161(h)(7)(B)(iv) (continuity of counsel/ reasonable time for effective preparation, specifically the continuance is requested to allow  more time for defense preparation and possible negotiations for resolution) and Local Code T4, and agree to

exclude time from the date of the filing of the order until the date of the status conference, February 4, 2011.

IT IS SO STIPULATED.

Dated: December 1, 2010                                  /s/  John R. Manning
                                                         JOHN R. MANNING
                                                         Attorney for Defendant
                                                         Ricardo Venegas

Dated: December 1, 2010                                  /s/  Candace A. Fry
                                                         CANDACE A. FRY
                                                         Attorney for Defendant
                                                         Wendell Stewart

Dated: December 1, 2010                                  /s/  William E. Bonham
                                                         WILLIAM E. BONHAM
                                                         Attorney for Defendant
                                                         Valerie White

Dated: December 1, 2010                                  /s/  Edward C. Bell
                                                         EDWARD C. BELL
                                                         Attorney for Defendant
                                                         Isauro Jauregui Catalan


Dated: December 1, 2010                                  Benjamin B. Wagner
                                                         United States Attorney

                                              by:        /s/ Jill M. Thomas
                                                         JILL M. THOMAS
                                                         Assistant U.S. Attorney

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RICARDO VENEGAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>WENDALL STEWART, et al.,<br><br>    Defendants. | No. CR-S-06-0441 GEB<br><br>ORDER TO<br> CONTINUE STATUS CONFERNCE |

GOOD CAUSE APPEARING, it is hereby ordered that the December 3, 2010 status conference be continued to February 4, 2011 at 9:00 a.m. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFOR IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4 from the date of this order to February 4, 2011.

IT IS SO ORDERED.

**Date: 12/6/2010**

GARLAND E. BURRELL, JR.
United States District Judge

3