William E. Bonham, SBN: 55478
Attorney at Law
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor
Sacramento, CA 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for Defendant:
VALERIE WHITE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTNER DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>POTTS, et al. )<br>)<br>Defendants. )<br>_____ ) | CASE NO: 2:06-cr-0441 GEB<br><br>STIPULATION AND ORDER TO EXONERATE PROPERTY BOND AND RECONVEY REAL PROPERTY |

The defendant, Valerie White, by and through her attorney, William E. Bonham, and the United States hereby stipulate and request that the Court issue an Order to exonerate the property bond securing defendant White's pre-trial release and re-convey real property located at 1736-1738 Fell Street, San Francisco, CA. Its is further requested that the Court replace the secured property bond with an unsecured appearance bond signed by defendant White's mother, Madie Jo White, and her 5 siblings.

On June 27, 2008 defendant White appeared in this matter before the Honorable Magistrate Judge Kimberly J. Mueller and was ordered released from

1

custody under the supervision of Pre-Trial Services and a $400,000.00 Property bond to be secured within 3 weeks of the date of the hearing.  Pending the posting of the secured bond defendant White, her mother, Madie Jo White, and her aunt, Betty Mitchell, co-signed an unsecured $400,000.00 Property bond.

The title report, prepared by Chicago Title, showed that the property title was vested in "Eunice Mitchell, Trustee under that certain Declaration of Trust, dated May 1998."  Eunice Mitchell, the defendant's grandmother, now deceased, appointed in the trust, defendant's mother, Madie Jo White and her aunt, Betty Mitchell as co-trustees in substitute of her.  The Deed of Trust was prepared to show the appointed co-Trustees as the Trustors with a copy of the Declaration of Trust, dated May 18, 1998,  The Property bond was signed by the appointed co-Trustees and the beneficiaries of the Trust.  On October 27, 2008 the Court received collateral to secure the bond in the form of a Deed of Trust (#2008-1665751-00) for real property 1736-1738 Fell Street, San Francisco, CA, from Betty Mitchell and Madie Jo White.

It is requested that the secured bond be replaced with an unsecured bond due to the fact that co-Trustee Madie Jo White has filed for bankruptcy regarding a small amount of credit card debt that resulted in a Bankruptcy Court action granting an Order for the sale of the real property free and clear of all liens, including the District Court's lien.  This action was pursuant to the attached the

ORDER GRANTING MOTION TO APPROVE THE SALE OF THE REAL PROPERTY FREE AND CLEAR OF LEINS dated July 8, 2010, case no: 05-38123-D-7, Chapter 7 (copy of Order is attached as Exhibit A).

Now, in an attempt to save the property from the bankruptcy trustee sale that would effectively remove it as security to this Court for the Property Bond , the remaining sureties on the Property Bond have received approval for a loan to be secured by the Fell Street property, to pay off the bankruptcy court claim. In exchange Madie Jo White, has agreed to transfer her co-Trustee's interest in the property to the remaining sureties (siblings). This loan approval is condition upon the property being free and clear of the District Court's Property Bond lien.

PTS Officer R. Basurto, has investigated the proposed sureties, Madie Jo White, Bobby Mitchell, Betty Mitchell, Will Mitchell, Eunice Rhodes, and Fulton Mitchell, and feels they are all appropriate for co-signing purposes. Pretrial Services has no objections to the proposal as follows: To replace the $400,000 secured Property Bond with a $400,000 unsecured Appearance Bond that is to be co-signed by all six siblings and the defendant. All other pretrial conditions are to remain in effect. PTS Officer R. Basurto has determined that defendant Valarie White has been in full compliance since her release in October, 2008.

Counsel has also discussed the issue with AUSA Jill Thomas who has no objection to the proposed re-conveyance and replacement.

Accordingly, the defense and the United States agree and stipulate that the property bond securing defendant White's release, be exonerated and a Deed of Re-conveyance be prepared by the Clerk of the Court to be given directly to defense counsel, or his representative to expedite the recording, and that the secured property bond is to be replaced with a $400,000.00 unsecured Appearance Bond, co-signed by the defendant, her mother, Madie Jo White, her aunts Betty Mitchell and Eunice Rhodes and her uncles, Bobby Mitchell, Will Mitchell and Fulton Mitchell. All other pretrial conditions will remain in effect.

Dated: December 22, 2010                BENJAMIN B. WAGNER
                                        United States Attorney

                                        By:/s/ WILLIAM E. BONHAM for
                                        JILL THOMAS
                                        Assistant U.S. Attorney

Dated: December 22, 2010

                                        By:/s/ WILLIAM E. BONHAM for
                                        WILLIAM E. BONHAM
                                        Counsel for Defendant
                                        VALERIE WHITE

## ORDER

IT IS SO ORDERED THAT, the property bond securing defendant White's release is exonerated and title to the real property located at 1736-1738 Fell Street, San Francisco, CA be re-conveyed to Madie Jo White and Betty Mitchell, co-Trustees. Once the Deed of Re-conveyance has been prepared, the Clerk's office is ORDERED to contact defense counsel at (916) 557-1113 to come pick it up personally. IT IS FURTHER ORDERED THAT, the secured bond is replaced with a $400,000.00 unsecured bond to be co-signed by the defendant, her mother, Madie Jo White, her aunts Betty Mitchell and Eunice Rhodes and her uncles, Bobby Mitchell, Will Mitchell and Fulton Mitchell. All other Pre-trial Conditions are to remain in full force and effect.

Dated: December  22, 2010                    /s/ Kendall J. Newman
                                             Magistrate Judge Kendall J. Newman