JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RICARDO VENEGAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>WENDALL STEWART, et al,<br><br>    Defendants. | No. CR-S-06-0441 GEB<br><br>STIPULATION AND<br>[PROPOSED ORDER] CONTINUING<br>STATUS CONFERENCE<br><br>Judge: Honorable Garland E. Burrell, Jr. |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Jill M. Thomas, Assistant United States Attorney, together with counsel for defendant Ricardo Venegas, John R. Manning, Esq., counsel for defendant Wendell Stewart, Candace A. Fry, Esq., counsel for defendant Valerie White, William E. Bonham, Esq., and counsel for defendant Isauro Jauregui Catalan, Edward C. Bell, Esq., that the status conference presently set for March18, 2011 be **continued to April 8, 2011, at 9:00 a.m.,** thus **vacating** the presently set status conference.

    Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code§ 3161(h)(7)(B)(iv) (continuity of counsel/ reasonable time for effective preparation, specifically the continuance is requested to allow more time for defense preparation and possible negotiations for resolution) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference,

April 8, 2011.

IT IS SO STIPULATED.

Dated: March 16, 2011                                   /s/  John R. Manning
                                                        JOHN R. MANNING
                                                        Attorney for Defendant
                                                        Ricardo Venegas

Dated: March 16, 2011                                   /s/  Candace A. Fry
                                                        CANDACE A. FRY
                                                        Attorney for Defendant
                                                        Wendell Stewart

Dated: March 16, 2011                                   /s/  William E. Bonham
                                                        WILLIAM E. BONHAM
                                                        Attorney for Defendant
                                                        Valerie White

Dated: March 16, 2011                                   /s/  Edward C. Bell
                                                        EDWARD C. BELL
                                                        Attorney for Defendant
                                                        Isauro Jauregui Catalan

Dated: March 16, 2011                                   Benjamin B. Wagner
                                                        United States Attorney

                                             by:        /s/ Jill M. Thomas
                                                        JILL M. THOMAS
                                                        Assistant U.S. Attorney

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RICARDO VENEGAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-06-0441 GEB |
| Plaintiff, | ) [PROPOSED] ORDER TO |
| v. | ) CONTINUE STATUS CONFERNCE |
| WENDALL STEWART, et al., | ) |
| Defendants. | ) |

GOOD CAUSE APPEARING, it is hereby ordered that the March 18, 2011 status conference be continued to April 8, 2011 at 9:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFOR IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4 from the date of this order to April 8, 2011.

IT IS SO ORDERED.

**Date:  3/21/2011**

_____
GARLAND E. BURRELL, JR.
United States District Judge