```
BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2781
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>VALERIE WHITE,<br><br>          Defendant. | Case No. CR-S-06-441 GEB<br><br>GOVERNMENT'S MOTION TO DISMISS THE SUPERSEDING INDICTMENT AS TO DEFENDANT VALERIE WHITE |

The United States of America, through its attorneys of record, Assistant U.S. Attorney Jill Thomas, hereby moves for an order dismissing the superseding indictment, specifically Counts Two, Three, Four, Eighteen, and Nineteen through Twenty-Two, against defendant Valerie WHITE pursuant to Federal Rule of Criminal Procedure 48(a).

<u>Background</u>

On May 28, 2008, a Sacramento federal Grand Jury returned an superseding indictment against defendant Valerie WHITE along with other defendants in a case related to conspiracy to possess with intent to distribute and to distribute controlled substances in

1

1 violation of 21 U.S.C. §§ 841(a)(1) and 846 and money laundering in
2 violation of 18 U.S.C. § 1956.
3     During the subsequent investigation since the superseding
4 indictment, the government obtained potentially exculpatory
5 information related to the case pending against Valerie WHITE.  This
6 resulted in the government's belief that insufficient evidence exists
7 to sustain a conviction concerning defendant Valerie WHITE, who was
8 not detained pretrial.
9     Based on the above, the undersigned hereby moves to dismiss with
10 prejudice Counts Two, Three, Four, Eighteen, Nineteen through Twenty-
11 Two, against defendant Valerie WHITE in Case No. CR-S-06-441 GEB in
12 the interests of justice pursuant to Rule 48(a).

                                    Respectfully Submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

DATED:  March 25, 2011         By: /s/ Jill Thomas
                                    JILL M. THOMAS
                                    Assistant U.S. Attorney

BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2781

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>         Plaintiff,          )<br>                             )<br>     v.                      )<br>                             )<br>VALERIE WHITE,               )<br>                             )<br>         Defendant.          )<br>─────────────────────────────) | Case No. CR-S-06-441 GEB<br><br>ORDER DISMISSING THE SUPERSEDING<br>INDICTMENT AGAINST DEFENDANT<br>VALERIE WHITE |

**ORDER**

For the reasons set forth in the motion to dismiss filed by the United States, **IT IS HEREBY ORDERED** that:

1. Counts Two, Three, Four, Eighteen, and Nineteen through Twenty-Two, in Case No. CR-S-06-441 GEB, as to defendant Valerie WHITE is hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a) with prejudice.

Dated: March 25, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge